■ JULIE J. MANCUSO, Appellant, v TODD B. KOCH, M.D., Respondent (Appeal No. 1.) [902 NYS2d 464]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered March 5, 2009 in a medical malpractice action. The order denied the motion of plaintiff to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.